its members, is not so apparent as to lead to the conviction that the Constitution was meant to apply to the novel situation thus created, especially while the Board still includes appointees of the judges. And in construing the Constitution it is the spirit rather than the letter which should govern. However, we do not mean to rest our decision upon any such broader ground, but purely upon the interpretation to be given to the word "power," viewed from all necessary angles of common sense, reasonableness and practicability.

The order in this case, affirming the judgment and decree of the court below, has been filed.

Mr. Justice BARNES dissents.

## Hartman's Estate.

Argued April 14, 1938.  Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

424

426

428

*Frank G. Smith,* with him *Robert V. Maine* and *John J. Haberstroh,* for appellants.

*George G. Patterson,* for appellee.

PER CURIAM, June 17, 1938:
The decree is affirmed on the opinion of Judge PATTERSON at appellants' cost.

## Whitton, Appellant, *v.* H. A. Gable Company.

